```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SAMAMTHA BRAUN,

                              Plaintiff,            25-CV-04707 (SN)

              -against-                             ORDER

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2025

**SARAH NETBURN, United States Magistrate Judge:**

    Pursuant to Rules 5 and 6 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g), the deadline for Plaintiff to file her brief for the requested relief was due on September 10, 2025. To date, the Court has not received Plaintiff's brief. As a courtesy, the deadline for Plaintiff to file her brief is extended to Monday, September 29, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    September 22, 2025
                New York, New York