UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAMAMTHA BRAUN,

                                 **Plaintiff,**                    25-CV-04707 (SN)

               -against-                                  **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Pursuant to Rules 5 and 6 of the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), the deadline for Plaintiff to file her brief for the requested relief was due on September 10, 2025. The Court *sua sponte* extended that deadline to September 29, 2025. To date, the Court has not received Plaintiff's brief. Plaintiff is directed to file her brief, or a letter requesting additional time to do so, by November 7, 2025, or the Court will dismiss this action without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     October 30, 2025
                New York, New York